NPD (12/15)



United States Bankruptcy Court for
the District of Columbia
E. Barrett Prettyman U. S. Courthouse
333 Constitution Ave, NW #1225
Washington, DC 20001
(202) 354−3280
www.dcb.uscourts.gov

**In Re**  
Synergy Law, LLC  
**Debtor**

**Case No.** 19−00555−SMT

**Chapter** 7

## NOTICE OF POSSIBLE DIVIDENDS
## AND DEADLINE TO FILE PROOF OF CLAIM

==========================================

It appeared from the schedules when this case was instituted that there were no assets from which dividends could be paid to creditors and the notice of initial meeting of creditors so indicated.

It now appears that the payment of a dividend may be possible. Pursuant to Bankruptcy Rule 3002(c)(5), the deadline for filing a Proof of Claim is fixed as 90 days after the mailing of this notice (which will occur two days after the date set forth below).

The deadline for filing a claim resulting from the rejection by the debtor of an executory contract or unexpired lease is 60 days after the rejection of the executory contract or the lease or 90 days after the date of this notice whichever is later, unless otherwise specified by the Court.

Except as otherwise provided by law, in order to share in any payment from the estate, a creditor must file a Proof of Claim by the date set forth above.

Dated: 9/24/19

For the Court:  
Angela D. Caesar  
BY:  vr

**Instructions for Filing a Proof of Claim**

You must file an original and one copy of the Proof of Claim Form (Official Form 410). The original Proof of Claim must be filed with the Office of the Clerk and a copy with the Trustee as listed below.

Mail original Proof of Claim to:
United States Bankruptcy Court
U. S. Courthouse
333 Constitution Ave., NW
Washington, DC 20001

Mail a copy of the Proof of Claim to:
Marc E. Albert Stinson LLP
1775 Pennsylvania Avenue, NW
Suite 800
Washington, DC 20006

For copies of the Proof of Claim form, you may contact the Office of the Clerk or print it from the United States Courts web site located at (http://www.uscourts.gov/FormsAndFees/Forms/BankruptcyForms.aspx). If you would like to receive an acknowledgement of the filing of your claim, enclose a stamped, self−addressed envelope and a copy of the Proof of Claim. Verification of the filing of a Proof of Claim cannot be provided over the telephone. If a claim was previously submitted, it is not necessary to file another one.

United States Bankruptcy Court
District of Columbia

In re:  
Synergy Law, LLC  
     Debtor

Case No. 19-00555-SMT  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0090-1      User: admin     Page 1 of 2     Date Rcvd: Sep 24, 2019  
                   Form ID: npd     Total Noticed: 21

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 26, 2019.
```
db         +Synergy Law, LLC,    8801 Sudley Road,    #4017,    Manassas, VA 20110-4730
smg         Child Support Services Division,    Office of the Attorney General,
             Judiciary Square 441 4th Street, NW,    5th Floor,    Washington, DC  20001
smg        +District Unemployment Compensation Board,    4058 Minnesota Ave., NE,    4th Floor,
             Washington, DC 20019-3540
smg        +Office of Attorney General,    Tax, Bankruptcy, and Finance,    One Judiciary Square,
             441 4th Street, NW,    6th Floor,    Washington, DC 20001-2714
smg         Secretary of the Treasury,    15th and Pennsylvania Aveneu, NW,    Washington, DC  20220-0001
smg         U.S. Attorney's Office,    Civil Division - Judiciary Ct. Building,    555 4th St., N.W.,
             4th Floor,    Washington, DC  20001-2733
cr         +Brian McCarty,    15 N. Dundalk Avenue,    Baltimore, MD 21222-4222
cr         +Maryland Legal Aid Bureau,    500 E. Lexington Street,    Baltimore, MD 21202-3559
733724     +Brian McCarty,    15 N. Dundalk Avenue,    Baltimore, Maryland 21222-4222
733567     +Christina V.Martinez,    922 Perch Ave,    Edinburg, TX. 78542-5189
733566    #+Diane Smith,    230 Delaware Ave,    Harrington, DE. 19952-1202
733723     +Maryland Legal Aid Bureau,    500 E. Lexington Street,    Baltimore, Maryland 21202-3559
734587     +Nathan Decarlos Price,    16973 Takeaway Lane,    Dumfries, VA 22026-3028
733564     +Ron and Ann Jones,    351 Scenic Meadow,    New Braunfel, TX. 78130-7405
733568     +Smart Business High Risk,    116 Nassau Street Suite 804,    New York, NY 10038-2481
733563     +Texas Dept of Savings and Mortgage Lending,    2601 N Lamar Blvd,    Austin, TX 78705-4207
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg        +E-mail/Text: angela.coleman@dc.gov Sep 24 2019 23:54:49     D.C. Office of Tax and Revenue,
             Bankruptcy Division,    1101 4th Street SW,    Washington, DC 20024-4457
smg         EDI: IRS.COM Sep 25 2019 03:53:00      Internal Revenue Service,    P.O. Box 7346,
             Philadelphia, PA  19101-7346
smg         E-mail/Text: atlreorg@sec.gov Sep 24 2019 23:54:49     Securities and Exchange Commission,
             Atlanta Regional Office,    Office of Reorganization,    950 East Paces Ferry Road NE, Ste. 900,
             Atlanta, GA  30326-1382
733562      E-mail/Text: hg@acefundingllc.com Sep 24 2019 23:54:48     Smart Business,    366 North Broadway,
             Jericho, NY 11753
733565      EDI: DAIMLER.COM Sep 25 2019 03:53:00      Mercedes Benz Financial,    PO Box 5209,
             Carolstream IL 60197
                                                                                             TOTAL: 5

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
smg*        Internal Revenue Service,    P.O. Box 7346,    Philadelphia, PA  19101-7346
                                                                                           TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 26, 2019                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 24, 2019 at the address(es) listed below:
```
              Jeffrey M. Sherman    on behalf of Debtor    Synergy Law, LLC jeffreymsherman@gmail.com,
               elmoyer99@gmail.com
              Joseph A. Guzinski    on behalf of U.S. Trustee    U. S. Trustee for Region Four
               Joseph.A.Guzinski@usdoj.gov,    USTPRegion04.DC.ECF@USDOJ.GOV;Bradley.D.Jones@usdoj.gov
              Marc E. Albert    marc.albert@stinson.com,
               porsche.barnes@stinson.com;dc05@ecfcbis.com;mealbert@ecf.axosfs.com
```

```
District/off: 0090-1          User: admin              Page 2 of 2                  Date Rcvd: Sep 24, 2019
                              Form ID: npd             Total Noticed: 21


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Marc E. Albert    on behalf of Trustee Marc E. Albert marc.albert@stinson.com,
               porsche.barnes@stinson.com;dc05@ecfcbis.com;mealbert@ecf.axosfs.com
              U. S. Trustee for Region Four    USTPRegion04.DC.ECF@USDOJ.GOV
              Wendell W. Webster    on behalf of Trustee Wendell W. Webster wwebster@websterfredrickson.com,
               DC03@ecfcbis.com
              William F Steinwedel    on behalf of Creditor Brian  McCarty wsteinwedel@mdlab.org
              William F Steinwedel    on behalf of Creditor   Maryland Legal Aid Bureau wsteinwedel@mdlab.org
                                                                                             TOTAL: 8
```