# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLUMBIA

In re:

**Synergy Law, LLC**

**Debtor.**

Case No. 19-00555-SMT

Chapter 7

## NOTICE OF MOTION AND HEARING
## AND DEADLINE TO OBJECT

**NOTICE IS HEREBY GIVEN** that the Acting United States Trustee has filed a motion to dismiss this case for abuse under 11 U.S.C. §§ 707(a)(1) and (a)(3).

**NOTICE OF DEADLINE TO OBJECT.** If you do not want the court to grant the Motion or if you would like the court to consider your views, then *WITHIN TWENTY-ONE (21) DAYS AFTER THE DATE OF THIS NOTICE*, you must file and serve a written objection to the motion, together with the proposed order required by local Bankruptcy Rule 9072-1. The objection and proposed order must be filed with the Clerk of the Bankruptcy Court, U.S. Courthouse, 3rd and Constitution Ave., N.W., Washington, D.C. 20001 and served (by delivery or mailing a copy) upon the undersigned. The objection must contain a complete specification of the factual and legal grounds upon which it is based. You may append affidavits and documents in support of your objection.

**NOTICE OF HEARING.** A hearing on the Motion has been schedule before the Honorable S. Martin Teel, Jr., United States Bankruptcy Judge, for **December 18, 2019 at 10:30 o'clock a.m**. The hearing will be in the United States Bankruptcy Court, Courtroom I, Second Floor, United States Courthouse, 333 Constitution Avenue, NW, Washington, DC 20001.

Parties in interest with questions may contact the undersigned. If you or your attorney do not file an objection by the deadline, the court may decide that you do not oppose the relief sought and may enter an order granting the relief requested.

Dated: November 22, 2019

John P. Fitzgerald, III
Acting United States Trustee, Region Four

By: */s/ Joseph A. Guzinski*
Joseph A. Guzinski
Asst. United States Trustee
Office of the United States Trustee
1725 Duke Street, Suite 650
Alexandria, VA 22314
(703) 557-7274
joseph.a.guzinski@usdoj.gov

# CERTIFICATE OF SERVICE

       I hereby certify that on November 22, 2019, I electronically filed the foregoing Notice with the clerk of the court and, under Local Bankruptcy Rule 5005-3, served it on the parties listed below who are registered Users of the of the CM/ECF system, by the notice of electronic filing generated by the court's ECF system; and on the parties listed below by first class mail, postage prepaid.

Synergy Law, LLC
8801 Sudley Rd., Suite 4017
Manassas, VA 20110
*Debtor*

Jeffrey M. Sherman
Law Offices of Jeffrey M. Sherman
1600 N. Oak Street, Suite 1826
Arlington, VA 22209
Email: jeffreymsherman@gmail.com and elmoyer99@gmail.com
*Counsel for Debtor*

Marc E. Albert
Stinson LLP
1775 Pennsylvania Avenue, NW
Suite 800
Washington, DC 20006
Email: marc.albert@stinson.com,porsche.barnes@stinson.com;dc05@ecfcbis.com; mealbert@ecf.axosfs.com
*Chapter 7 Trustee*

       By: /s/ Paula Blades
       Paula Blades
       Paralegal